IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TREES OF HAWAII, INC. PROFIT SHARING PLAN, | ) ) ) | CV 24-00097 LEK-WRP |
| Plaintiff, | ) ) | ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST CARLITO BALACANG AND TO DISMISS THIS ACTION |
| vs. | ) ) | |
| CARLITO BALACANG, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DENY
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST CARLITO BALACANG AND TO DISMISS THIS ACTION

Findings and Recommendation having been filed and served on all parties on August 22, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, September 6, 2024.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge