# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| TREES OF HAWAII, INC. PROFIT SHARING PLAN<br><br>　　　　Plaintiff,<br><br>　　　　V.<br><br>CARLITO BALACANG; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE TRUSTS 1-10<br><br>　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 24-00097 LEK-WRP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Sep 09, 2024, 9:13 am<br>Lucy H. Carrillo, Clerk of Court |

[ ]　**Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]　**Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed pursuant to the "Findings and Recommendation to Deny Plaintiff's Motion for Default Judgment Against Carlito Balacang and to Dismiss This Action", ECF No. 21, filed August 22, 2024 and the "Order Adopting the Magistrate Judge's Findings and Recommendation to Deny Plaintiff's Motion for Default Judgment Against Carlito Balacang and to Dismiss This Action", ECF No. 22, filed on September 9, 2024.

| | |
|---|---|
| September 9, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |